47 A.3d 1179

Edward NARCISSE, Petitioner

v.

PHILADELPHIA PRISON SYSTEMS [Sic], Respondent.

No. 78 EM 2012.

Supreme Court of Pennsylvania.

July 10, 2012.

## ORDER

PER CURIAM.

**AND NOW,** this 10th day of July, 2012, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus and the Application to Dismiss are **DENIED.**